

American Education Services
Guarantor/ Insurer Relations
1200 North Seventh Street • Harrisburg, PA 17102-1444
Phone: 717-720-3300 • Fax: 717-720-3928 or 717-720-3921
www.aesSuccess.org

*Date: November 27, 2018*

*Case #18-15953*

*RE*: Withdrawal of Proof of Claim.

**Dear Sir/Madam:**

American Education Services is requesting that Proof of Claim #5 be withdrawn. The claim filed on 11/27/2018 by AES in the amount $740.11 should be withdrawn; it has been filed in error.

Please call if you have any questions.

**Thank you**,

**TONYA KRALL**
**Death, Disability and Bankruptcy Team**
**American Education Services**
**Guarantor/Insurer Relations**
**Phone: 717-720-2602**