**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 4286426
Check Date 08/31/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Felicia Wise
2630 South Lloyd Street
Philadelphia, PA 19153
US

Net Pay 970.95

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Felicia Wise | 9550 | 598617 | CPUP | UMR01 | 08/25/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 79.75 | 1508.87 | 28407.96 |
| Total Deductions | | 537.92 | 10095.16 |
| Total Net | | 970.95 | 16756.80 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 594.40 |
| Overtime 1.5x FLSA | | | | 103.86 |
| Personal Holiday | | | | 491.03 |
| Regular Pay | 63.75 | 18.92 | 1206.15 | 23554.12 |
| Sick Pay | 16.00 | 18.92 | 302.72 | 745.76 |
| Tuit Ugrad City State-Not PENN | | | | 1556.00 |
| Vacation Pay | | | | 1362.79 |
| Total | 79.75 | | 1508.87 | 28407.96 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 75.83 | 1321.32 |
| MEDICARE TAX EE PAID | 19.34 | 335.23 |
| PA Unemployment EE | 0.90 | 17.04 |
| PENNSYLVANIA STATE TAX | 41.43 | 759.44 |
| PHILADELPHIA TAX | 58.56 | 1044.00 |
| SOCIAL SECURITY TAX - Employee | 82.72 | 1433.41 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                8/30/2018

|  | Total | 278.78 | 4910.44 |
|---|---|---|---|

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.60 | 27.50 |
| *DC EE A w Match Vanguard | 20.00 | 300.00 |
| *Davis Prem Vision | 3.78 | 64.12 |
| *Delta Dental | 15.01 | 270.18 |
| *DependentCare Flex - Odd | 15.38 | 61.52 |
| *Health Care Flex - Even |  | 1076.96 |
| *Health Care Flex - Odd | 19.23 | 76.92 |
| *Penn Care | 119.74 | 2155.32 |
| Total | 194.74 | 4032.52 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 16.56 |
| Short Term Disability Post Tax | 9.01 | 155.38 |
| Supplemental Life Insurance | 2.13 | 38.14 |
| Vanguard 403(b) Loan 1 | 52.34 | 942.12 |
| Total | 64.40 | 1152.20 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC ER A Match Vanguard | 20.00 | 300.00 |
| Total | 20.00 | 300.00 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx6076 | PNCBANK, NATIONAL ASSOCIATION | 970.95 |

UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 4264021  
Check Date 08/17/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Felicia Wise  
2630 South Lloyd Street  
Philadelphia, PA 19153  
US

**Net Pay  974.40**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Felicia Wise | 9550 | 598617 | CPUP | UMR01 | 08/11/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1513.60 | 26899.09 |
| Total Deductions |  | 539.20 | 9557.24 |
| Total Net |  | 974.40 | 15785.85 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday |  |  |  | 594.40 |
| Overtime 1.5x FLSA |  |  |  | 103.86 |
| Personal Holiday | 2.00 | 18.92 | 37.84 | 491.03 |
| Regular Pay | 73.00 | 18.92 | 1381.16 | 22347.97 |
| Sick Pay |  |  |  | 443.04 |
| Tuit Ugrad City State-Not PENN |  |  |  | 1556.00 |
| Vacation Pay | 5.00 | 18.92 | 94.60 | 1362.79 |
| Total | 80.00 |  | 1513.60 | 26899.09 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 76.40 | 1245.49 |
| MEDICARE TAX EE PAID | 19.42 | 315.89 |
| PA Unemployment EE | 0.91 | 16.14 |
| PENNSYLVANIA STATE TAX | 41.58 | 718.01 |
| PHILADELPHIA TAX | 58.74 | 985.44 |
| SOCIAL SECURITY TAX - Employee | 83.01 | 1350.69 |

Case 18-15953-elf    Doc 39    Filed 12/10/18    Entered 12/10/18 12:13:30    Desc Main 2 of 2
Document    Page 4 of 10
Pay Stub

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Total | 280.06 | 4631.66 |
| *Accidental Death &Dismembrmnt | 1.60 | 25.90 |
| *DC EE A w Match Vanguard | 20.00 | 280.00 |
| *Davis Prem Vision | 3.78 | 60.34 |
| *Delta Dental | 15.01 | 255.17 |
| *DependentCare Flex - Odd | 15.38 | 46.14 |
| *Health Care Flex - Even | | 1076.96 |
| *Health Care Flex - Odd | 19.23 | 57.69 |
| *Penn Care | 119.74 | 2035.58 |
| Total | 194.74 | 3837.78 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 15.64 |
| Short Term Disability Post Tax | 9.01 | 146.37 |
| Supplemental Life Insurance | 2.13 | 36.01 |
| Vanguard 403(b) Loan 1 | 52.34 | 889.78 |
| Total | 64.40 | 1087.80 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC ER A Match Vanguard | 20.00 | 280.00 |
| Total | 20.00 | 280.00 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx6076 | PNCBANK, NATIONAL ASSOCIATION | 974.40 |

Pay Stub

UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 4241952  
Check Date 08/03/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Felicia Wise  
2630 South Lloyd Street  
Philadelphia, PA 19153  
US

**Net Pay** 977.89

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Felicia Wise | 9550 | 598617 | CPUP | UMR01 | 07/28/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.25 | 1518.33 | 25385.49 |
| Total Deductions | | 540.44 | 9018.04 |
| Total Net | | 977.89 | 14811.45 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 594.40 |
| Overtime 1.5x FLSA | | | | 103.86 |
| Personal Holiday | 2.00 | 18.92 | 37.84 | 453.19 |
| Regular Pay | 70.25 | 18.92 | 1329.13 | 20966.81 |
| Sick Pay | | | | 443.04 |
| Tuit Ugrad City State-Not PENN | | | | 1556.00 |
| Vacation Pay | 8.00 | 18.92 | 151.36 | 1268.19 |
| Total | 80.25 | | 1518.33 | 25385.49 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 76.97 | 1169.09 |
| MEDICARE TAX EE PAID | 19.48 | 296.47 |
| PA Unemployment EE | 0.91 | 15.23 |
| PENNSYLVANIA STATE TAX | 41.72 | 676.43 |
| PHILADELPHIA TAX | 58.92 | 926.70 |
| SOCIAL SECURITY TAX - Employee | 83.30 | 1267.68 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                                8/30/2018

|  | Total | 281.30 | 4351.60 |
|---|---|---|---|

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.60 | 24.30 |
| *DC EE A w Match Vanguard | 20.00 | 260.00 |
| *Davis Prem Vision | 3.78 | 56.56 |
| *Delta Dental | 15.01 | 240.16 |
| *DependentCare Flex - Odd | 15.38 | 30.76 |
| *Health Care Flex - Even |  | 1076.96 |
| *Health Care Flex - Odd | 19.23 | 38.46 |
| *Penn Care | 119.74 | 1915.84 |
| Total | 194.74 | 3643.04 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 14.72 |
| Short Term Disability Post Tax | 9.01 | 137.36 |
| Supplemental Life Insurance | 2.13 | 33.88 |
| Vanguard 403(b) Loan 1 | 52.34 | 837.44 |
| Total | 64.40 | 1023.40 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC ER A Match Vanguard | 20.00 | 260.00 |
| Total | 20.00 | 260.00 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx6076 | PNCBANK, NATIONAL ASSOCIATION | 977.89 |

Pay Stub                                                                                                    Page 1 of 2

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number       4219666
Check Date   07/20/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Felicia Wise
2630 South Lloyd Street
Philadelphia, PA 19153
US

**Net Pay  974.73**

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Felicia Wise | 9550 | 598617 | CPUP | UMR01 | 07/14/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1513.60 | 23867.16 |
| Total Deductions |  | 538.87 | 8477.60 |
| Total Net |  | 974.73 | 13833.56 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | 8.00 | 18.92 | 151.36 | 594.40 |
| Overtime 1.5x FLSA |  |  |  | 103.86 |
| Personal Holiday |  |  |  | 415.35 |
| Regular Pay | 72.00 | 18.92 | 1362.24 | 19637.68 |
| Sick Pay |  |  |  | 443.04 |
| Tuit Ugrad City State-Not PENN |  |  |  | 1556.00 |
| Vacation Pay |  |  |  | 1116.83 |
| Total | 80.00 |  | 1513.60 | 23867.16 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 76.40 | 1092.12 |
| MEDICARE TAX EE PAID | 19.41 | 276.99 |
| PA Unemployment EE | 0.91 | 14.32 |
| PENNSYLVANIA STATE TAX | 41.58 | 634.71 |
| PHILADELPHIA TAX | 58.74 | 867.78 |
| SOCIAL SECURITY TAX - Employee | 83.01 | 1184.38 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                    8/30/2018

|  | Total | 280.05 | 4070.30 |
|---|---|---|---|

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 1.56 | 22.70 |
| *DC EE A w Match Vanguard | 20.00 | 240.00 |
| *Davis Prem Vision | 3.78 | 52.78 |
| *Delta Dental | 15.01 | 225.15 |
| *DependentCare Flex - Odd | 15.38 | 15.38 |
| *Health Care Flex - Even |  | 1076.96 |
| *Health Care Flex - Odd | 19.23 | 19.23 |
| *Penn Care | 119.74 | 1796.10 |
| Total | 194.70 | 3448.30 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 13.80 |
| Short Term Disability Post Tax | 8.79 | 128.35 |
| Supplemental Life Insurance | 2.07 | 31.75 |
| Vanguard 403(b) Loan 1 | 52.34 | 785.10 |
| Total | 64.12 | 959.00 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC ER A Match Vanguard | 20.00 | 240.00 |
| Total | 20.00 | 240.00 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx6076 | PNCBANK, NATIONAL ASSOCIATION | 974.73 |

Pay Stub

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 4197475
Check Date 07/06/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

Felicia Wise
2630 South Lloyd Street
Philadelphia, PA 19153
US

**Net Pay** 915.92

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Felicia Wise | 9550 | 598617 | CPUP | UMR01 | 06/30/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 1476.81 | 22353.56 |
| Total Deductions | | 560.89 | 7938.73 |
| Total Net | | 915.92 | 12858.83 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Legal Holiday | | | | 443.04 |
| Overtime 1.5x FLSA | | | | 103.86 |
| Personal Holiday | | | | 415.35 |
| Regular Pay | 77.50 | 18.46 | 1430.66 | 18275.44 |
| Sick Pay | | | | 443.04 |
| Tuit Ugrad City State-Not PENN | | | | 1556.00 |
| Vacation Pay | 2.50 | 18.46 | 46.15 | 1116.83 |
| Total | 80.00 | | 1476.81 | 22353.56 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 66.94 | 1015.72 |
| MEDICARE TAX EE PAID | 18.27 | 257.58 |
| PA Unemployment EE | 0.88 | 13.41 |
| PENNSYLVANIA STATE TAX | 38.68 | 593.13 |
| PHILADELPHIA TAX | 57.31 | 809.04 |
| SOCIAL SECURITY TAX - Employee | 78.13 | 1101.37 |

https://lawprodapp10.uphs.upenn.edu/lawson/xhrnet/ui/windowplain.htm                 8/30/2018

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| | Total 260.21 | 3790.25 |
| *Accidental Death &Dismembrmnt | 1.51 | 21.14 |
| *DC EE A w Match Vanguard | 20.00 | 220.00 |
| *Davis Prem Vision | 3.50 | 49.00 |
| *Delta Dental | 15.01 | 210.14 |
| *Health Care Flex - Even | 77.00 | 1076.96 |
| *Penn Care | 119.74 | 1676.36 |
| Total | 236.76 | 3253.60 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.92 | 12.88 |
| Short Term Disability Post Tax | 8.54 | 119.56 |
| Supplemental Life Insurance | 2.12 | 29.68 |
| Vanguard 403(b) Loan 1 | 52.34 | 732.76 |
| Total | 63.92 | 894.88 |

### Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| DC ER A Match Vanguard | 20.00 | 220.00 |
| Total | 20.00 | 220.00 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx0053 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx6076 | PNCBANK, NATIONAL ASSOCIATION | 915.92 |