# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15953-ELF

FELICIA WISE

2630 S. LLOYD STREET

PHILADELPHIA, PA 19153

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
FELICIA WISE

2630 S. LLOYD STREET

PHILADELPHIA, PA 19153

**Counsel for debtor(s), by electronic notice only.**
SHARON S. MASTERS, ESQ.
2201 PENNSYLVANIA AVE

PHILADELPHIA, PA 19130-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 12/27/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee