# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Felicia Wise <br> _Debtor(s)_ | CHAPTER 13 |
| Toyota Motor Credit Corporation <br> _Movant_ <br> vs. | NO. 18-15953 ELF |
| Felicia Wise <br> _Debtor(s)_ | |
| William C. Miller Esq. <br> _Trustee_ | 11 U.S.C. Section 362 |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Motor Credit Corporation, and there being no response, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 Toyota Avalon, VIN: 4T1BK1EB5FU174422 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  5/7/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**