United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15953-elf
Felicia Wise                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1           Date Rcvd: May 07, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2019.
db             +Felicia Wise,   2630 S. Lloyd Street,   Philadelphia, PA 19153-2419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SHARON S. MASTERS    on behalf of Debtor Felicia  Wise shmasters@hotmail.com,
               G65312@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Felicia Wise<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　Movant<br>　vs. | NO. 18-15953 ELF |
| Felicia Wise<br>　　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Movant Toyota Motor Credit Corporation, and there being no response, it is **ORDERED** that the automatic stay under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) is **MODIFIED** as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 Toyota Avalon, VIN: 4T1BK1EB5FU174422 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Date:  5/7/19

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**