# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Felicia Wise <br> <u>Debtor</u> <br><br> Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. <br><br> Felicia Wise <br> <u>Debtor</u> <br><br> William C. Miller, Esquire <br> <u>Trustee</u> | CHAPTER 13 <br> BK NO: 18-15953 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby

**ORDERED** that the deadline to file the Stipulation between the parties is extended to **September 30, 2019**.

Dated:  8/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**