United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Felicia Wise  
     Debtor

Case No. 18-15953-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP    Page 1 of 1    Date Rcvd: Aug 26, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2019.  
db          +Felicia Wise,   2630 S. Lloyd Street,   Philadelphia, PA 19153-2419

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2019 at the address(es) listed below:  
       KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation  
         bkgroup@kmllawgroup.com  
       SHARON S. MASTERS    on behalf of Debtor Felicia  Wise shmasters@hotmail.com,  
         G65312@notify.cincompass.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Felicia Wise<br>　　　　　　　　　Debtor<br><br>Toyota Motor Credit Corporation<br>　　　　　　　　　Movant<br>　　vs.<br><br>Felicia Wise<br>　　　　　　　　　Debtor<br><br>William C. Miller, Esquire<br>　　　　　　　　　Trustee | CHAPTER 13<br>BK NO: 18-15953 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby

**ORDERED** that the deadline to file the Stipulation between the parties is extended to **September 30, 2019**.

Dated:　8/26/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**