United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15953-elf
Felicia Wise                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Sep 10, 2019
                  Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.
14235792       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
        DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    The Bank of New York Mellon, f/k/a The Bank of
        New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns
        Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug debersole@hoflawgroup.com,
        pfranz@hoflawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
        bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
        bkgroup@kmllawgroup.com
        SHARON S. MASTERS    on behalf of Debtor Felicia  Wise shmasters@hotmail.com,
        G65312@notify.cincompass.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                        TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-15953-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Felicia Wise
2630 S. Lloyd Street
Philadelphia PA 19153

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/04/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: PHEAA, PO Box 8147, Harrisburg, PA 17105 | Educational Credit Management Corporation<br>PO BOX 16408<br>St. Paul MN 55116-0408 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   09/12/19

Tim McGrath
**CLERK OF THE COURT**