# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Felicia Wise<br>　　　　　Debtor | : Bankruptcy No. 18-15953-ELF<br>: Chapter 13<br>:<br>: |
| The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Through Certificates, Series 2005-SD4 c/o Select Portfolio Servicing, Inc.<br>　　　　　Movant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Felicia Wise<br>　　　　　Debtor/Respondent<br>　　and<br>William C. Miller, Esquire<br>　　　　　Trustee/Respondent | :<br>:<br>:<br>:<br>: |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE CLERK:

　　Please mark the Motion for Relief from Stay, filed on February 07, 2020 at Doc. #88, as withdrawn without prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Danielle Boyle-Ebersole, Esquire
　　　　　　　　　　　　　　　　　　　Danielle Boyle-Ebersole, Esquire
　　　　　　　　　　　　　　　　　　　Hladik, Onorato & Federman, LLP
　　　　　　　　　　　　　　　　　　　298 Wissahickon Avenue
　　　　　　　　　　　　　　　　　　　North Wales, PA 19454
　　　　　　　　　　　　　　　　　　　Phone 215-855-9521
　　　　　　　　　　　　　　　　　　　Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15953-ELF |
| Felicia Wise | : Chapter 13 |
|         Debtor | : |
| | : |
| The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Through Certificates, Series 2005-SD4 c/o Select Portfolio Servicing, Inc. | : |
|         Movant | : |
| | : |
| Felicia Wise | : |
|         Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATE OF MAILING**

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw Motion for Relief from Stay to the parties at the addresses shown below on **03/13/2020**.

The types of service made on parties were: Electronic Notification and First Class Mail:

Sharon S. Masters, Esquire
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Felicia Wise
2630 S. Lloyd Street
Philadelphia, PA 19153
Via First Class Mail
*Debtor*

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121