# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15953-ELF |
| Felicia Wise | : Chapter 13 |
|        Debtor | : |
| | : |
| The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Through Certificates, Series 2005-SD4 c/o Select Portfolio Servicing, Inc. | : |
|        Movant | : |
| | : |
| Felicia Wise | : |
|        Debtor/Respondent | : |
|    and | : |
| Kenneth E. West, Esquire | : |
|        Trustee/Respondent | : |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Sarah K. McCaffery, counsel for The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Through Certificates, Series 2005-SD4 c/o Select Portfolio Servicing, Inc. ("Movant"), hereby certify that no answer, objection, or other response to the Motion for Relief from Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code, has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court grants the Motion.

Respectfully Submitted,

Date:   11/14/2022

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 311728
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Felicia Wise<br>　　　　Debtor | : Bankruptcy No. 18-15953-ELF<br>: Chapter 13<br>:<br>: |
| The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Through Certificates, Series 2005-SD4 c/o Select Portfolio Servicing, Inc.<br>　　　　Movant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
| Felicia Wise<br>　　　　Debtor/Respondent<br>　　and<br>Kenneth E. West, Esquire<br>　　　　Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

　　　I, Sarah K. McCaffery, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on the date set forth below. The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

Sharon S. Masters, Esquire
Via ECF
*Attorney for Debtor*

Kenneth E. West, Esquire
Via ECF
*Trustee*

Felicia Wise
2630 S. Lloyd Street
Philadelphia, PA 19153
Via First Class Mail
*Debtor*

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date:   11/14/2022　　　　　　　　　　/s/ Sarah K. McCaffery, Esquire
　　　　　　　　　　　　　　　　　　　Sarah K. McCaffery, Esquire
　　　　　　　　　　　　　　　　　　　Hladik, Onorato & Federman, LLP
　　　　　　　　　　　　　　　　　　　Attorney I.D. # 311728
　　　　　　　　　　　　　　　　　　　298 Wissahickon Avenue
　　　　　　　　　　　　　　　　　　　North Wales, PA 19454
　　　　　　　　　　　　　　　　　　　Phone 215-855-9521
　　　　　　　　　　　　　　　　　　　Fax 215-855-9121