# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15953-ELF |
| Felicia Wise | : Chapter 13 |
|         Debtor | : |
| | : |
| The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Through Certificates, Series 2005-SD4 c/o Select Portfolio Servicing, Inc. | : |
|         Movant | : |
| | : |
| Felicia Wise | : |
|         Debtor/Respondent | : |
|    and | : |
| Kenneth E. West, Esquire | : |
|         Trustee/Respondent | : |

## **ORDER**

AND NOW, this 15th day of November, 2022, upon the Motion of Movant, The Bank of New York Mellon, f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Through Certificates, Series 2005-SD4 c/o Select Portfolio Servicing, Inc.; it is:

**ORDERED** that the Motion is **GRANTED**, and the automatic stay under 11 U.S.C. § 362 of the Bankruptcy Code is **MODIFIED** with respect to the premises, 2630 S. Lloyd Street, Philadelphia, PA 19153 as more fully set forth in the legal description attached to said mortgage, to allow Movant or its successors, if any, to exercise its *in rem* rights under its loan documents.

**Order entered by default.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**