

P.O. Box 64909, St. Paul, MN 55164-0909   P 651-221-0566   www.ecmc.org

December 30, 2022

Clerk of U.S. Bankruptcy Court
Pennsylvania Eastern Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

RE: Felicia R. Wise
SSN: XXX-XX-9550
BANKRUPTCY CASE#: 18-15953 ELF

Dear Clerk:

Please withdraw claim #6 filed by Educational Credit Management Corporation (ECMC) in the amount of $740.11 filed on November 27, 2018. This debt has been paid in full through consolidation.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 113678.

Sincerely,

Chammye Xiong
Operations Specialist
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408