Official Form 420A (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## for the Eastern District of Pennsylvania

_____

| | |
|---|---|
| In re  Felicia Wise | Case No. 18-15953 |
| Debtor | Chapter 13 |
| **NOTICE OF MOTION** | **HEARING: 8/8/2023 at 1:00pm in Courtroom No. 1** |

Debtor Felicia Wise has filed papers with the court to modify the Chapter 13 Plan post-confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion or you want the court to consider your views on the motion, then on or before **July 6, 2023** you or your attorney must:

1.	File with the court a response to the motion explaining your position at:

>   Office of the Clerk
>   United States Bankruptcy Court
>   900 Market Street, Ste. 400
>   Philadelphia, PA  19107

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to movant's attorney:

>   Sharon S. Masters, Esquire
>   132 Overleaf Drive
>   Thorndale, PA  19372

2.	Attend the hearing scheduled to be held on **August 8, 2023 at 1:00pm in Courtroom No. 1,** United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: ___6/22/2023_____

/*s/ Sharon S. Masters*
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA  19372
(610) 322-5277
shmasters@hotmail.com
Attorney for Debtor/Movant