# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| **FELICIA WISE,** | : | |
| | : | **Case No. 18-15953(PMM)** |
| | : | |
| **Debtor[s] .** | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 107, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 112) is **approved**.

Date:  Sept. 13, 2023

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**