United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15953-pmm |
| Felicia Wise | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 20, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felicia Wise, 2630 S. Lloyd Street, Philadelphia, PA 19153-2419 |
| 14226539 | + | Danielle Boyle-Ebersoll, Hladik, Onorato & Federman, 298 Wissihickon Ave, N. Wales, PA 19454-4156 |
| 14193744 | | Toyota Motor Credit, 0 Two Walnut Groove Dr. 210, Horsham, PA 19044 |
| 14236433 | + | Toyota Motor Credit Corporation, Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 21 2023 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14193743 | + | Email/Text: bncnotifications@pheaa.org | Oct 21 2023 00:47:00 | AES/PNC Bank, P. O. Box 61047, Harrisburg, PA 17106-1047 |
| 14226537 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 21 2023 00:49:00 | Bank of NY/Mellon, c/o Select Portfolio Serv, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14278703 | | Email/Text: megan.harper@phila.gov | Oct 21 2023 00:49:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14193747 | | Email/Text: megan.harper@phila.gov | Oct 21 2023 00:49:00 | City of Philadelphia, 1515 Arch St. 14th Fl, Philadelphia, PA 19107 |
| 14216204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2023 01:28:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14193740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 21 2023 00:54:20 | Capital One Bank USA, P. O.Box 30281, Salt Lake City, UT 84130-0281 |
| 14383467 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 21 2023 00:48:00 | Educational Credit Management Corporation, PO BOX 16408, St. Paul MN 55116-0408 |
| 14193748 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2023 00:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14193742 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 21 2023 00:54:00 | Chase Mortgage, P. O. Box 24696, Columbus, OH 43224 |
| 14225875 | | Email/PDF: cbp@omf.com | Oct 21 2023 00:54:04 | ONEMAIN FINANCIAL SERVICES, INC., PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14193746 | + | Email/PDF: cbp@omf.com | Oct 21 2023 00:54:02 | One Main, P. O. Box 1010, Evansville, IN 47706-1010 |
| 14235792 | + | Email/Text: bncnotifications@pheaa.org | Oct 21 2023 00:47:00 | PHEAA, PO Box 8147, Harrisburg, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14345900 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 21 2023 00:54:31 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14193749 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2023 00:48:00 | Pennsylvania Department of Revenue Bankruptcy Divi, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14193741 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 21 2023 00:49:00 | Select Portfolio Service, 10401 Deerwood Park Blvd., Jacksonville, FL 32256-0505 |
| 14198940 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 21 2023 00:49:00 | The Bank of New York Mellon, f/k/a, The Bank of New York, et. al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT, 84165-0250 |
| 14226538 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 21 2023 00:47:00 | Toyota Motor Credit, c/o Natl Bankruptcy Serv., 14841 Dallas Parkway Ste 300, Dallas, TX 75254-7883 |
| 14216981 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 21 2023 00:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14254507 | | Email/Text: electronicbkydocs@nelnet.net | Oct 21 2023 00:48:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14193745 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 21 2023 00:48:00 | US Dept of Education, 2401 International Lane POB 7859, Madison, WI 53704-3121 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase |

| | |
|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 20, 2023 | Form ID: 138OBJ | Total Noticed: 26 |

| | |
|---|---|
| | Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com |
| KARINA VELTER | |
| | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | |
| | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| SARAH K. MCCAFFERY | |
| | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug ckohn@hoflawgroup.com |
| SHARON S. MASTERS | |
| | on behalf of Debtor Felicia Wise shmasters@hotmail.com  G65312@notify.cincompass.com |
| STEPHEN M HLADIK | |
| | on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Felicia Wise
        Debtor(s)                                  Case No: 18−15953−pmm
                                                                     Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/20/23

 

                                                                                                    124 − 118
                                                                                                  Form 138OBJ