United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15953-pmm

Felicia Wise                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

**Recip ID**          **Recipient Name and Address**
db          + Felicia Wise, 2630 S. Lloyd Street, Philadelphia, PA 19153-2419

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

**Name**          **Email Address**

ANTONIO G. BONANNI
          on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

DANIELLE BOYLE-EBERSOLE
          on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

DENISE ELIZABETH CARLON
          on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

KARINA VELTER
          on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug karina.velter@powerskirn.com, bankruptcy@powerskirn.com

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 10, 2024                       Form ID: 195                                    Total Noticed: 1

KENNETH E. WEST

      ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST

      on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD

      on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

SARAH K. MCCAFFERY

      on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase
Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug
smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

SHARON S. MASTERS

      on behalf of Debtor Felicia Wise shmasters@hotmail.com  G65312@notify.cincompass.com

STEPHEN M HLADIK

      on behalf of Creditor The Bank of New York Mellon  f/k/a The Bank of New York, as successor-in-interest to JPMorgan Chase
Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2005-SD4, Mortgage Pass-Throug
shladik@hoflawgroup.com, ckohn@hoflawgroup.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                              : Chapter 13


Felicia Wise                                        : Case No. 18–15953–pmm

      Debtor(s)

### *ORDER*
_____

    AND NOW, this day , April 10, 2024 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



        By The Court

        Patricia M. Mayer
        Judge, United States Bankruptcy Court